# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CAROLYN WRIGHT, DEBBRA KENNEDY, SHERRY BAILEY BRANNEN, SHAUNA MATELSKI, LOIS MASON, CANDACE NORRIS, MAURICE JOSE ORNELAS, JACQUELINE CARTER, and GEOFFREY GOLDSTEIN, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPELLA EDUCATION COMPANY and CAPELLA UNIVERSITY, INC.,<br><br>Defendants. | Court File No. 0:18-CV-01062-WMW-SER<br><br>Judge: Wilhelmina M. Wright<br><br>**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Pursuant to Rule 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Capella Education Company and Capella University, Inc. hereby move for an ordering dismissing Plaintiffs' First Amended Complaint with prejudice for the reasons set forth in Defendants' Memorandum of Law in Support of Motion to Dismiss First Amended Complaint, filed contemporaneously with this motion.

| | |
|---|---|
| Dated:   September 24, 2018 | **KIRKLAND & ELLIS LLP** |

By: */s/ K. Winn Allen*
K. Winn Allen (*pro hac vice*)
H. Christopher Bartolomucci (*pro hac vice*)
Terence J. McCarrick, Jr.
655 Fifteenth St, N.W., 12th Floor
Washington, D.C., 20001
Telephone: (202) 879-5000
Email: winn.allen@kirkland.com
Email: cbartolomucci@kirkland.com
Email: terencejmccarrick@kirkland.com

**NILAN JOHNSON LEWIS PA**

Donald M. Lewis, #62844
John J. Wackman, #251884
Courtney E. Ward-Reichard, #232324
120 South Sixth Street, Suite 400
Minneapolis, Minnesota  55402
Telephone:  (612) 305-7500
Email:  dlewis@nilanjohnson.com
Email:  jwackman@nilanjohnson.com
Email:  cward@nilanjohnson.com

*Attorneys for Defendants*