## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CAROLYN WRIGHT, et al., | Case No. 0:18-CV-01062-WMW-ECW |
| Plaintiffs, | Judge: Elizabeth Cowan Wright |
| vs. | **JOINT RULE 7.1 MEET-AND-CONFER STATEMENT** |
| CAPELLA EDUCATION COMPANY and CAPELLA UNIVERSITY, INC., | |
| Defendants. | |

In compliance with Local Rule 7.1(a), the undersigned counsel for Plaintiffs and Defendants Capella University, LLC (formerly Capella University, Inc.) and Capella Education Company (collectively, "Capella"), hereby certify that they conferred by email and telephone between December 15 and December 20, 2021, and agreed to the proposed modification to the deadlines for briefing related to class certification.

Dated:  December 20, 2021

| | |
|---|---|
| */s/ Paul Lesko* | */s/ K. Winn Allen* |
| Paul Lesko (*pro hac vice*) | K. Winn Allen, P.C. (*pro hac vice*) |
| Peiffer Wolf Carr Kane & Conway | Ronald Anguas (*pro hac vice*) |
| 818 Lafayette Avenue | Emily Merki Long (*pro hac vice*) |
| Second Floor | KIRKLAND & ELLIS LLP |
| St. Louis, MO 63108 | 1301 Pennsylvania Ave., N.W. |
| Tel: (314) 833-4826 | Washington, D.C., 20004 |
| Email: plesko@pwcklegal.com | Telephone: (202) 389-5000 |
| | Email: winn.allen@kirkland.com |
| | Email: ronald.anguas@kirkland.com |
| Garrett D. Blanchfield, #209855 | Email: emily.long@kirkalnd.com |
| Roberta Yard, #322295 | |
| Reinhardt, Wendorf & Blanchfield | Donald M. Lewis, #62844 |
| W-1050 First National Bank Building | John J. Wackman, #251884 |
| 332 Minnesota Street | Courtney E. Ward-Reichard, #232324 |
| St. Paul, MN 55101 | NILAN JOHNSON LEWIS PA |
| Tel: (651) 287-2100 | 250 Marquette Ave South, Suite 800 |
| | Minneapolis, MN 55401 |
| *Counsel for Plaintiffs* | Telephone: (612) 766-7000 |
| | Email: dlewis@nilanjohnson.com |
| | Email: jwackman@nilanjohnson.com |
| | Email: cward@nilanjohnson.com |
| | |
| | *Counsel for Defendants Capella Education Company and Capella University, LLC* |