# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELECONFERENCE

Maurice Jose Ornelas,

        Plaintiff,

v.

Capella University Inc. et al,

        Defendant.

**COURT MINUTES**
Case Number: 18-cv-1062 WMW/ECW

| | |
|---|---|
| Date: | February 10, 2022 |
| Court Reporter: | n/a |
| Time Commenced: | 12:30 p.m. |
| Time Concluded: | 12:38 p.m. |
| Time in Court: | 8 Minutes |

**Status Conference before Elizabeth Cowan Wright, United States Magistrate Judge, at Saint Paul, Minnesota.**

APPEARANCES:

  For Plaintiff:   Paul Lesko, Garrett Blanchfield, Roberta Yard
  For Defendant:   Courtney Ward-Reichard and Ronald Anguas

The parties reported that the private mediation that occurred on January 24, 2022 was successful, they have reached an agreement in principle to resolve this matter, and they expect to file dismissal papers shortly. Accordingly, the Joint Motion to Extend Deadlines Under Pretrial Scheduling Order (Dkt. 302) is DENIED AS MOOT.

                                                  *s/Elizabeth Cowan Wright*
                                                United States Magistrate Judge