UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MAURICE JOSE ORNELAS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPELLA EDUCATION COMPANY and CAPELLA UNIVERSITY, INC.,<br><br>Defendants. | Case No. 0:18-CV-01062-WMW-ECW<br><br>Judge: Wilhelmina M. Wright<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties in the above-styled action, through counsel, stipulate to the following:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Maurice Ornelas, April Powers, Stephen Seppa, Danielle Miller, Dannie Gore, Erica Carty, and Jennifer Proffitt (collectively, "Plaintiffs") and Defendants Capella Education Company and Capella University, LLC (formerly Capella University, Inc.) (collectively, "Defendants") stipulate and agree to the dismissal of all of Plaintiffs' claims against Defendants on the merits and with prejudice, with each party to bear its own costs and attorneys' fees.

15

Dated:  April 25, 2022

| | |
|---|---|
| /s/ Roberta A. Yard | /s/ Ronald K. Anguas, Jr. |

Paul Lesko (*pro hac vice*)
Brandon M. Wise (*pro hac vice*)
Peiffer Wolf Carr Kane & Conway, APLC
818 Lafayette Avenue, Floor 2
St. Louis, MO 63104
Telephone: (314) 833-4827
Email: plesko@pwcklegal.com
Email: bwise@pwcklegal.com

Garrett D. Blanchfield, #209855
Roberta A. Yard, #322295
Reinhardt, Wendorf & Blanchfield
W-1050 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100

*Counsel for Plaintiffs*

K. Winn Allen, P.C. (*pro hac vice*)
Ronald K. Anguas, Jr. (*pro hac vice*)
Emily Merki Long (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C., 20004
Telephone: (202) 389-5000
Email: winn.allen@kirkland.com
Email: ronald.anguas@kirkland.com
Email: emily.long@kirkland.com

Donald M. Lewis, #62844
John J. Wackman, #251884
Courtney E. Ward-Reichard, #232324
NILAN JOHNSON LEWIS PA
250 Marquette Ave South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7500
Email: dlewis@nilanjohnson.com
Email: jwackman@nilanjohnson.com
Email: cward@nilanjohnson.com

*Counsel for Defendants Capella Education Company and Capella University, Inc.*