UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carolyn Wright, Debbra Kennedy, Sherry Bailey Brannen, Candace Norris, Maurice Jose Ornelas, Shauna Matelski, Geoffrey Goldstein, Lois Mason, Jacqueline Carter, April Powers, Stephen Seppa, Danielle Miller, Dannie Gore, Erica Carty, and Jennifer Proffitt,<br><br>                        Plaintiffs,<br>       v.<br><br>Capella University, Inc.; and Capella Education Company,<br><br>                        Defendants. | Case No. 18-cv-1062 (WMW/ECW)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of dismissal with prejudice, (Dkt. 308), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  May 17, 2022                                              s/Wilhelmina M. Wright
                                                                                Wilhelmina M. Wright
                                                                                United States District Judge