# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Maurice Jose Ornelas, April Powers, Stephen Seppa, Danielle Miller, Dannie Gore, Erica Carty, Jennifer Proffitt, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-1062 (WMW/ECW) |
| Capella University, Inc., Capella Education Company, | |
| Defendant(s), | |

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 5/17/2022

KATE M. FOGARTY, CLERK